| AO-10<br>Rev. 1/2004 | | |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Trauger, Aleta A | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Ct Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Cornell College, Mt. Vernon, Iowa |
| 2. Member, Board of Trustees | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 3. Member, National Council | Vanderbilt Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 11 P 1:16 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Income from law firm partnership - Trauger, Ney & Tuke |
| 2. | 2004 | Service on board of directors—Qualifacts Systems, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Wellmont Health System, Inc. | Food and lodging for corporate retreat of spouse's client held in Asheville, NC, 2/18 - 2/19 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | SunTrust Bank | Mortgage on spouse's law firm building (spouse's joint liability with 4 other partners) | O |
| 2. | Nashville Bank & Trust | Loan for spouse's law firm HVAC units (spouse's joint liability with 4 other partners) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | B | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | D | Interest | L | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | . | None | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | O | T | partial sale | 8/30 | N | G | |
| 5. Guilford Co., NC farmland | B | Rent | N | W | sell easm. | 3/10 | | | Restoration Systems LLC |
| 6. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 7. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 8. Parnassus Fund | A | Dividend | K | T | | | | | |
| 9. Union Planters common stock (Regions Financial Corp.) | B | Dividend | | | sell | 8/30 | K | E | |
| 10. Interest in law firm bldg. | | None | N | W | | | | | |
| 11. Profit sharing plan-Benefit Consultants Grp & Divers. Trust | | None | O | T | | | | | |
| 12. Fidelity Advisor Equity Growth Class T Fund | | None | L | T | buy | 1/26 | J | | |
| 13. | | | | | buy | 3/11 | J | | |
| 14. Aintree Capital Acc't. - IRA    a) Pershing Gov't. Acc't. | A | Interest | K | T | | | | | |
| 15. Knox County, TN munic. bonds | | None | K | T | | | | | |
| 16. Rutherford Co., TN gen. oblig. bonds | | None | K | T | | | | | |
| 17. Ingram Micro, Inc. common stock | | None | | | sell | 10/7 | J | A | |
| 18. ITECH Partners, L.P. | | None | L | W | | | | | |

Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000 (See Columns B1 and D4); F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000 (See Columns C1 and D3); N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market (See Column C2); U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tranger, Aleta A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Promissory note from Paul C. Ney, Jr. | | None | L | T | | | | | |
| 20. Moore County, NC timber land | | None | M | W | | | | | |
| 21. SkillSoft PLC f/k/a SmartForce PLC | | None | | | sell | 8/30 | J | A | |
| 22. Qualifacts Systems, Inc. | | None | M | W | | | | | |
| 23. Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 24. CP Pool One, LLC | | None | K | W | | | | | |
| 25. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 26. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 27. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28. Jefferson-Pilot Corp. | C | Dividend | M | T | | | | | |
| 29. Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 30. Piedmont Natural Gas Co. | A | Dividend | J | T | | | | | |
| 31. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 32. Verizon Communications | A | Dividend | J | T | | | | | |
| 33. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 34. TN Housing Development Agcy. Homeownership Bonds | A | Interest | K | T | | | | | |
| 35. The Camelot Schools, LLC (2 notes) | | None | J | T | | | | | |
| 36. Centennial Money Market (A.G. Edwards) | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 38. A.G. Edwards & Sons Brokerage Acct. | | | | | | | | | |
| 39. - American Balanced Fund, Inc. | | None | K | T | buy | 9/2 | J | | |
| 40. | | | | | buy | 10/4 | J | | |
| 41. | | | | | buy | 11/2 | J | | |
| 42. | | | | | buy | 12/20 | J | | |
| 43. - Capital Income Builder Fund | | None | L | T | buy | 9/2 | J | | |
| 44. | | | | | buy | 10/4 | J | | |
| 45. | | | | | buy | 11/2 | J | | |
| 46. | | | | | buy | 12/20 | J | | |
| 47. - Capital World Growth & Income Fund | | None | L | T | buy | 9/2 | K | | |
| 48. | | | | | buy | 10/4 | K | | |
| 49. | | | | | buy | 11/2 | K | | |
| 50. | | | | | buy | 12/20 | K | | |
| 51. - Growth Fund of America, Inc. | | None | L | T | buy | 9/2 | J | | |
| 52. | | | | | buy | 10/4 | J | | |
| 53. | | | | | buy | 11/2 | J | | |
| 54. | | | | | buy | 12/20 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tranger, Aleta A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. – Investment Co. of America | | None | L | T | buy | 9/2 | J | | |
| 56. | | | | | buy | 10/4 | J | | |
| 57. | | | | | buy | 11/2 | J | | |
| 58. | | | | | buy | 12/20 | J | | |
| 59. – New Perspective Fund | | None | L | T | buy | 9/2 | J | | |
| 60. | | | | | buy | 10/4 | J | | |
| 61. | | | | | buy | 11/2 | J | | |
| 62. | | | | | buy | 12/20 | J | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 O =$500,001-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash/Market
(See Column C2) U =Book Value V =Other W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tranger, Aleta A | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

No. 9.  On July 1, 2004, Union Planters Corp. was merged into Regions Financial Corp.
No. 10.  Not taking into account the outstanding mortgage.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████     Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544